

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

SEP 16 2015

DAVID J. MALAND, CLERK
BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | No. 6:15-CR-57<br>Judge Schneider |
| MATTHEW MALOUF | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### COUNT 1

Violation: 18 U.S.C. § 471
[Making Counterfeited Obligations
of the United States]

On or about August 25, 2015, in Gregg County, in the Eastern District of Texas, defendant **Matthew Malouf** with intent to defraud, falsely made, forged, counterfeited, and altered an obligation of the United States, that is, Federal Reserve Notes in the denomination of twenty dollars ($20), which he then knew to be falsely made, forged, altered, and counterfeited.

All in violation of 18 U.S.C. § 471.

## COUNT 2

Violation: 18 U.S.C. § 472
[Uttering Counterfeited
Obligations of the United States]

On or about August 25, 2015, in Gregg County, in the Eastern District of Texas, defendant **Matthew Malouf**, with intent to defraud, did pass, utter, and publish to an employee of Motel 6 located at 110 S. Access Road, Longview, Texas, falsely made, forged, altered, and counterfeited obligations of the United States; that is, Federal Reserve Notes in the denomination of twenty dollars ($20), which he then knew to be falsely made, forged, altered, and counterfeited.

All in violation of 18 U.S.C. § 472.

**Indictment – Page 2**

## **NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE**
18 U.S.C. §§ 492, 982(a)(2) and 28 U.S.C. § 2461

As a result of committing the offense as alleged in this Indictment, the defendant shall forfeit to the United States any counterfeiting paraphernalia, including but not limited to the following:

- Epson Model C363A multifunction printer (Serial No. KXLY175235).
- $9.00 in United States currency seized from the Motel 6.

Further, pursuant to 18 U.S.C. § 982(a)(2) and 28 U.S.C. § 2461, the defendant shall forfeit to the United States all property, real or personal, involved in or traceable to property involved in the offense, including proceeds obtained directly or indirectly from the offense.

If any property subject to forfeiture, as a result of any act or omission by the defendant:

(a) cannot be located upon the exercise of due diligence;
(b) has been transferred or sold to, or deposited with a third party;
(c) has been placed beyond the jurisdiction of the court;
(d) has been substantially diminished in value; or
(e) has been commingled with other property which cannot be subdivided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property.

**Indictment – Page 3**

A TRUE BILL

Date: 9-16-2015

GRAND JURY FOREPERSON

JOHN M. BALES
UNITED STATES ATTORNEY

L. Frank Coan, Jr.
Assistant United States Attorney
Bar No. 170966 (Georgia)
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 Fax
frank.coan@usdoj.gov

Indictment – Page 4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 6:15-CR-____ Judge Schneider |
| MATTHEW MALOUF | § | |

## NOTICE OF PENALTY

### COUNT 1

VIOLATION:          18 U.S.C. § 471

Imprisonment for not more than 20 years; a fine of not more than $250,000; a term of supervised release of not more than 3 years.

SPECIAL ASSESSMENT:          $100.00

### COUNT 2

VIOLATION:          18 U.S.C. § 472

Imprisonment for not more than 20 years; a fine of not more than $250,000; a term of supervised release of not more than 3 years.

SPECIAL ASSESSMENT:          $100.00

**Indictment – Page 5**